UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　　Plaintiff,<br>　　v.<br>WU,<br>　　　　　　Defendant. | Case No.  16-cr-00335-PCP-1<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 118 |

Before the Court is Daniel Wu's pro se motion to vacate, set aside, or correct under 28 U.S.C. § 2255. Wu seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Sentencing Guidelines Amendment 821, made retroactive by Sentencing Guidelines Amendment 825.

After review, the Court orders the United States to respond to the petition within 60 days of the date of this Order. Pursuant to Miscellaneous Order 2023.10.10, the Clerk of Court shall promptly refer the case to the Federal Public Defender for the Northern District of California.

**IT IS SO ORDERED.**

Dated: September 13, 2024

_____
P. Casey Pitts
United States District Judge